Jason A. Helsel, #214992
Adam Benkoski, #298624
FOWLER | HELSEL | VOGT
1401 Fulton Street, Suite 802
Fresno, California 93721
Tel:  (559) 283-8091
Fax: (559) 283-8415

Attorney for Plaintiffs, YOLANDA AND MARIO ALONZO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA ALONZO, an individual; and MARIO ALONZO, an individual;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JOSEPH C. CHIDI, M.D.; UNITED STATES; ABIY MESHESHA, M.D.; and DOES 1 through 20, Inclusive;<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00266-LJO-SKO<br><br>**ORDER TO DISMISS AND CLOSE CASE.** |

　　　The parties having so stipulated and agreed, it is hereby ORDERED that the above-referenced case is DISMISSED without prejudice and without an award of costs to any party.

IT IS SO ORDERED.

　　Dated:   **March 22, 2016**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE